# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: admin | Date Created: 12/14/2022 |
| Case: 22–20878 | Form ID: 309I | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Sharon Mathis McGill | 3 Salisbury St.    Hartford, CT 06112–1145 |
| ust | U. S. Trustee | Office of the U.S. Trustee    Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510 |
| tr | Roberta Napolitano | 10 Columbus Boulevard    6th Floor    Hartford, CT 06106 |
| aty | Michael J. Habib | Willcutts & Habib LLC    100 Pearl St.    Ste Flr. 14    Hartford, CT 06103–4500 |
| 9392843 | Bank of America | Attn: Manager, Bankruptcy Dept.    P.O. Box 672050    Dallas, TX 75267–2050 |
| 9392846 | CT Department of Revenue Services | Bankruptcy Unit    Attn: Pamela D. Calachan    450 Columbus Blvd Ste 1    Hartford, CT 06103–1837 |
| 9392844 | Chase Freedom | Attn: Manager, Bankruptcy Dept.    P.O. Box 15298    Wilmington, DE 19850–5298 |
| 9392845 | City of Hartford | Tax Collector    Attn: Nancy S. Raich, CCMC    550 Main St Rm 106 1st Fl    ,    Hartford, CT 06103–2913 |
| 9392847 | Ford & Paulekas, LLP | Attn: Houston Putnam Lowry, Esq.    280 Trumbull St. Ste. 2200    Hartford, CT 06103 |
| 9392848 | Internal Revenue Service | Centralized Insolvency Operation    PO Box 7346    Philadelphia, PA 19101–7346 |
| 9392849 | NO. 2 FRASER PLACE CONDO. ASSOC., INC. | Attn: Kenneth Krayeske, Vice President    102 Huntington St    Hartford, CT 06105–1651 |
| 9392850 | PRA Receivables Management, LLC | Attn: Valerie Smith, Sr. Manager    PO Box 41021    Norfolk, VA 23541–1021 |
| 9392852 | SHALONDA MATHIS | 2 Fraser Pl Apt B    Hartford, CT 06105–1457 |
| 9392851 | Select Portfolio Servicing, Inc. | Attn: Manager, Bankruptcy Dept.    PO Box 65250    Salt Lake Cty, UT 84165–0250 |
| 9392853 | SynchronyBank (CareCredit) | c/o PRA Receivables Management, LLC    Attn: Valerie Smith, Sr. Manager    PO Box 41021    Norfolk, VA 23541–1021 |
| 9392854 | Thrift Savings Plan | Atttn: President    Po Box 385021    Birmingham, AL 35238–5021 |
| 9392855 | U.S. Bank National Association | Attn: General Counsel    P.O. Box 21948    Saint Paul, MN 55121 |
| 9392856 | U.S. Securities and Exchange Commission | 100 F St NE    Washington, DC 20549–2000 |

TOTAL: 18