United States Bankruptcy Court
District of Connecticut

In re:                                                                          Case No. 22-20878-jjt
Sharon Mathis McGill                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2                          User: admin                                    Page 1 of 2
Date Rcvd: Dec 14, 2022                       Form ID: 112                           Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sharon Mathis McGill, 3 Salisbury St., Hartford, CT 06112-1145 |
| 9392847 | + | Ford & Paulekas, LLP, Attn: Houston Putnam Lowry, Esq., 280 Trumbull St. Ste. 2200, Hartford, CT 06103-3508 |
| 9392849 | | NO. 2 FRASER PLACE CONDO. ASSOC., INC., Attn: Kenneth Krayeske, Vice President, 102 Huntington St, Hartford, CT 06105-1651 |
| 9392852 | | SHALONDA MATHIS, 2 Fraser Pl Apt B, Hartford, CT 06105-1457 |
| 9392854 | # | Thrift Savings Plan, Attn: President, Po Box 385021, Birmingham, AL 35238-5021 |
| 9392855 | + | U.S. Bank National Association, Attn: General Counsel, P.O. Box 21948, Saint Paul, MN 55121-0948 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9392843 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 14 2022 18:29:00 | Bank of America, Attn: Manager, Bankruptcy Dept., P.O. Box 672050, Dallas, TX 75267-2050 |
| 9392846 | Email/Text: DRS.Bankruptcy@ct.gov | Dec 14 2022 18:29:00 | CT Department of Revenue Services, Bankruptcy Unit, Attn: Pamela D. Calachan, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9392845 | Email/Text: raicn001@hartford.gov | Dec 14 2022 18:29:00 | City of Hartford, Tax Collector, Attn: Nancy S. Raich, CCMC, 550 Main St Rm 106 1st Fl ,, Hartford, CT 06103-2913 |
| 9392848 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2022 18:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9392844 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 18:33:26 | Chase Freedom, Attn: Manager, Bankruptcy Dept., P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9392850 | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 18:33:19 | PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |
| 9392851 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 14 2022 18:29:00 | Select Portfolio Servicing, Inc., Attn: Manager, Bankruptcy Dept., PO Box 65250, Salt Lake Cty, UT 84165-0250 |
| 9392853 | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 18:33:19 | SynchronyBank (CareCredit), c/o PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |
| 9392856 | Email/Text: secbankruptcy@sec.gov | Dec 14 2022 18:29:00 | U.S. Securities and Exchange Commission, 100 F St NE, Washington, DC 20549-2000 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0205-2                          User: admin                                    Page 2 of 2
Date Rcvd: Dec 14, 2022                       Form ID: 112                                Total Noticed: 15

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022                     Signature:      /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Michael J. Habib | on behalf of Debtor Sharon Mathis McGill mike@inzitarilawoffice.com |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 14, 2022

In re:

    Sharon Mathis McGill
    Debtor*

Case Number: 22–20878
Chapter: 13

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323, will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **April 17, 2023** at **10:00 AM** to consider and act upon the following matter(s):

       **Chapter 13 Plan Filed by Michael J. Habib on behalf of Sharon Mathis McGill, Debtor. (Re: Doc #5)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

**If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.**

**OBJECTION(S) DUE:** April 10, 2023 before 4:00 p.m. Untimely objections may not be considered.

NOTE: Pursuant to Local Bankr. R. 3015–2(b), the Debtor's attorney, or the Debtor, if not represented by counsel, must appear at the confirmation hearing unless specifically excused by Court order. Failure to attend may result in denial of confirmation of the Chapter 13 Plan.

Dated: December 14, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – nsm