United States Bankruptcy Court
District of Connecticut

In re:  
Sharon Mathis McGill  
    Debtor

Case No. 22-20878-jjt  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 14, 2022      Form ID: 309I      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sharon Mathis McGill, 3 Salisbury St., Hartford, CT 06112-1145 |
| tr | + | Roberta Napolitano, 10 Columbus Boulevard, 6th Floor, Hartford, CT 06106-1976 |
| 9392847 | + | Ford & Paulekas, LLP, Attn: Houston Putnam Lowry, Esq., 280 Trumbull St. Ste. 2200, Hartford, CT 06103-3508 |
| 9392849 | | NO. 2 FRASER PLACE CONDO. ASSOC., INC., Attn: Kenneth Krayeske, Vice President, 102 Huntington St, Hartford, CT 06105-1651 |
| 9392852 | | SHALONDA MATHIS, 2 Fraser Pl Apt B, Hartford, CT 06105-1457 |
| 9392854 | # | Thrift Savings Plan, Atttn: President, Po Box 385021, Birmingham, AL 35238-5021 |
| 9392855 | + | U.S. Bank National Association, Attn: General Counsel, P.O. Box 21948, Saint Paul, MN 55121-0948 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@inzitarilawoffice.com | Dec 14 2022 18:29:00 | Michael J. Habib, Willcutts & Habib LLC, 100 Pearl St., Ste Flr. 14, Hartford, CT 06103-4500 |
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Dec 14 2022 18:29:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| 9392843 | | EDI: BANKAMER.COM | Dec 14 2022 23:33:00 | Bank of America, Attn: Manager, Bankruptcy Dept., P.O. Box 672050, Dallas, TX 75267-2050 |
| 9392846 | | Email/Text: DRS.Bankruptcy@ct.gov | Dec 14 2022 18:29:00 | CT Department of Revenue Services, Bankruptcy Unit, Attn: Pamela D. Calachan, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9392845 | | Email/Text: raicn001@hartford.gov | Dec 14 2022 18:29:00 | City of Hartford, Tax Collector, Attn: Nancy S. Raich, CCMC, 550 Main St Rm 106 1st Fl ,, Hartford, CT 06103-2913 |
| 9392848 | | EDI: IRS.COM | Dec 14 2022 23:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9392844 | | EDI: JPMORGANCHASE | Dec 14 2022 23:33:00 | Chase Freedom, Attn: Manager, Bankruptcy Dept., P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9392850 | | EDI: RECOVERYCORP.COM | Dec 14 2022 23:33:00 | PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |
| 9392851 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 14 2022 18:29:00 | Select Portfolio Servicing, Inc., Attn: Manager, Bankruptcy Dept., PO Box 65250, Salt Lake Cty, UT 84165-0250 |
| 9392853 | | EDI: RMSC.COM | Dec 14 2022 23:33:00 | SynchronyBank (CareCredit), c/o PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |
| 9392856 | | Email/Text: secbankruptcy@sec.gov | Dec 14 2022 18:29:00 | U.S. Securities and Exchange Commission, 100 F |

District/off: 0205-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 14, 2022 | Form ID: 309I | Total Noticed: 18

St NE, Washington, DC 20549-2000

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2022     Signature:     /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Sharon Mathis McGill** | Social Security number or ITIN | xxx–xx–4852 |
| | First Name   Middle Name   Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | ____ |
| | First Name   Middle Name   Last Name | EIN | __–_____ |
| United States Bankruptcy Court | **District of Connecticut** | Date case filed for chapter 13 | 12/13/22 |
| Case number: | 22–20878 jjt | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/1/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sharon Mathis McGill | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3 Salisbury St.<br>Hartford, CT 06112–1145 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael J. Habib<br>Willcutts & Habib LLC<br>100 Pearl St.<br>Ste Flr. 14<br>Hartford, CT 06103–4500 | Contact phone 860–249–7071<br><br>Email:  mike@inzitarilawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roberta Napolitano<br>10 Columbus Boulevard<br>6th Floor<br>Hartford, CT 06106 | Contact phone (860)278–9410 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 450 Main Street<br>7th Floor<br>Hartford, CT 06103 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br><br>Contact phone 860–240–3675<br><br>Date: 12/14/22 |

**For more information, see page 2**

Debtor **Sharon Mathis McGill**                                                                                                                              Case number **22–20878**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 10, 2023 at 10:00 AM**<br><br>**Conference Line: 877–462–8567**<br><br>**Participant Code: 1732219** | Location:<br><br>**DUE TO COVID–19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY.** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: March 13, 2023** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: February 21, 2023** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** Governmental agencies who wish to file a proof of claim should do so within 180 days of the date the Order for Relief was entered. |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |