UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – HARTFORD

In re:  **Sharon Mathis McGill**                                                          : CHAPTER THIRTEEN
Debtor

Select Portfolio Servicing, Inc.
as servicing agent for
U.S. Bank National Association, not in its individual
capacity but solely in its capacity as Indenture
Trustee of CIM Trust 2021-NR2                                                     : Case # **22-20878**

Movant

VS.                                                                                                        : MOTION NO

**Sharon Mathis McGill**
Respondent

**Roberta Napolitano**
Trustee                                                                                                : December 21, 2022

## OBJECTION TO DEBTOR'S PLAN

The Movant, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National

Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM

Trust 2021-NR2 ("movant") hereby objects to the confirmation of the Chapter 13 plan proposed

by the above captioned Debtor and respectfully represents the following in support hereof:

1. Movant was the holder of a first mortgage on property located at **2B FRASER PLACE HARTFORD Connecticut 06105.** Its mortgage was foreclosed by the condo association's foreclosure action. It now has unsecured debt.

2. Debtor filed a petition for relief under Chapter 13 bankruptcy on December 13, 2022.

3. Debtor's plan provides for a payment to unsecured creditors in the amount of $22,329.99. Movant submits that per the financials submitted by the Debtor suggest that her total disposable income to pay this class of creditors is $76,171.80 over the life of the plan.

4. Upon information and belief, said plan does not adequately protect the interests of the Movant.

WHEREFORE, Movant objects to the confirmation of Debtor's proposed Chapter 13 plan.

By */s/ Jessica L. Braus*
Jessica L. Braus
Glass & Braus, LLC
25 Lindbergh Street
Fairfield, CT 06824
Tel 203 371-2133
Fed Bar # ct 00533

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – HARTFORD

In re:  **Sharon Mathis McGill** : CHAPTER THIRTEEN
       Debtor

Select Portfolio Servicing, Inc.
as servicing agent for
U.S. Bank National Association, not in its individual
capacity but solely in its capacity as Indenture
Trustee of CIM Trust 2021-NR2 : Case # **22-20878**

       Movant

VS. : MOTION NO

**Sharon Mathis McGill**
       Respondent

**Roberta Napolitano**
       Trustee : 

## PROPOSED ORDER RE:  OBJECTION TO THE DEBTOR'S PLAN

The Court having heard the above captioned objection, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that the Debtor's plan is rejected.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – HARTFORD

In re:  **Sharon Mathis McGill**  : CHAPTER THIRTEEN
       Debtor

Select Portfolio Servicing, Inc.
as servicing agent for
U.S. Bank National Association, not in its individual
capacity but solely in its capacity as Indenture
Trustee of CIM Trust 2021-NR2  : Case # **22-20878**

       Movant

VS.  : MOTION NO

**Sharon Mathis McGill**
       Respondent

**Roberta Napolitano**
       Trustee  : December 21, 2022

CERTIFICATION OF SERVICE

This is to certify that a copy of the objection to plan has been mailed this 21st day of December, 2022 to the following parties:

**Sharon Mathis McGill**
3 Salisbury St.
Hartford, CT 06112-1145

**And electronically, by the Court to**

**Michael J. Habib**
Willcutts & Habib LLC
100 Pearl St.
Ste Flr. 14
Hartford, CT 06103-4500
Email: mike@inzitarilawoffice.com

**Roberta Napolitano**
10 Columbus Boulevard – 6th Fl.
Hartford, CT 06106
notices@ch13rn.com,

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                                                                              /s/Jessica L. Braus
                                                                              Jessica L. Braus