# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 2, 2023

In re:
    Sharon Mathis McGill                                         Case Number: 22−20878
    Debtor*                                                       Chapter: 13

### DEFICIENCY NOTICE REGARDING AMENDED SCHEDULES AND/OR STATEMENTS

The amendment to schedule(s) and/or statement(s) filed on February 1, 2023 is deficient and will not be processed for the following reason(s):

- **Certification of Service is not attached for amended Schedule D or E/F.**

- **Declaration About an Individual Debtor's Schedules (Official Form 106Dec) is missing.**

Please correct and refile the amendment as a **"Corrected Amendment"** with the clerk's office within seven (7) days from the date of this notice. The amendment will not be processed if this deficiency is not cured. The amendment may be disallowed and/or stricken from the record.

**Note:** Moving parties without an attorney have an additional three (3) days to correct and submit a "Corrected Amendment" in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

To electronically refile the amendment, please use event "Corrected Amendment" under the miscellaneous category.

Dated: February 2, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court                      Tel. (860) 240−3675
District of Connecticut                              VCIS* (866) 222−8029
450 Main Street, 7th Floor                         * Voice Case Information System
Hartford, CT 06103                                  http://www.ctb.uscourts.gov
                                                                    Form 145 – kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.