# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                                                   Case No.: 22-20878

**SHARON MATHIS MCGILL**                                           Chapter: 13

                           Debtor.
_____/

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 2002 and 7004, the undersigned certifies that on the **7th** day of **FEBRUARY**, **2023**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

    1. Debtor's Corrected Amended Schedule D; and,

    2. Debtor's Corrected Amended Schedule E/F.

2. **Parties Served via First Class Mail:**

Bank of America
Attn: Manager, Bankruptcy Dept.
P.O. Box 672050
Dallas, TX 75267-2050

Ford & Paulekas, LLP
Attn: Houston Putnam Lowry, Esq.
280 Trumbull St. Ste. 2200
Hartford, CT 06103

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

NO. 2 FRASER PLACE CONDO.
ASSOC., INC.
Attn: Kenneth Krayeske, Vice President
102 Huntington St
Hartford, CT 06105-1651

PRA Receivables Management, LLC
Attn: Valerie Smith, Sr. Manager
PO Box 41021
Norfolk, VA 23541-1021

Select Portfolio Servicing, Inc.
Attn: Manager, Bankruptcy Dept.
PO Box 65250
Salt Lake Cty, UT 84165-0250

SHALONDA MATHIS
2 Fraser Pl Apt B
Hartford, CT 06105-1457

SynchronyBank (CareCredit)
c/o PRA Receivables Management, LLC
Attn: Valerie Smith, Sr. Manager
PO Box 41021
Norfolk, VA 23541-1021

Thrift Savings Plan
Attn: Bankruptcy Department
PO Box 385021
Birmingham, AL 35238-5021

U.S. Bank National Association
Attn: General Counsel
P.O. Box 21948
Saint Paul, MN 55121

U.S. Securities & Exchange Comm.
100 F St NE
Washington, DC 20549-2000

City of Hartford Tax Collector
Attn: Nancy S. Raich, CCMC
550 Main St Rm 106 1st Fl ,
Hartford, CT 06103-2913

Chase Freedom
Attn: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Connecticut Dept of Revenue Srvcs.
Bankruptcy Unit
Attn: Pamela D. Calachan
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837

M&T Bank
Attn: Christina Ruggiero
Collection Specialist
Bankruptcy Department
475 Crosspoint Parkway
Getzville, NY 14068-1609

Wells Fargo Bank N.A.
d/b/a Wells Fargo Auto
Attn: Bankruptcy Department
PO Box 130000
Raleigh, NC 27605-1000

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>6</u>th day of <u>FEBRUARY</u>, <u>2023</u>.**

*[signature]*

**MICHAEL J. HABIB, ESQ.** (CT29412)