# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                                                  Case No.: 22-20878

**SHARON MATHIS MCGILL**                                            Chapter: 13

                Debtor.
_____/

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 2002 and 7004, the undersigned certifies that on the **7th** day of **FEBRUARY**, **2023**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

   1. Debtor's Corrected Amended Schedule D; and,

   2. Debtor's Corrected Amended Schedule E/F.

2. **Parties Served via First Class Mail:**

Bank of America
Attn: Manager, Bankruptcy Dept.
P.O. Box 672050
Dallas, TX 75267-2050

Ford & Paulekas, LLP
Attn: Houston Putnam Lowry, Esq.
280 Trumbull St. Ste. 2200
Hartford, CT 06103

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

NO. 2 FRASER PLACE CONDO. ASSOC., INC.
Attn: Kenneth Krayeske, Vice President
102 Huntington St
Hartford, CT 06105-1651

| | |
|---|---|
| PRA Receivables Management, LLC<br>Attn: Valerie Smith, Sr. Manager<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Select Portfolio Servicing, Inc.<br>Attn: Manager, Bankruptcy Dept.<br>PO Box 65250<br>Salt Lake Cty, UT 84165-0250 |
| SHALONDA MATHIS<br>2 Fraser Pl Apt B<br>Hartford, CT 06105-1457 | SynchronyBank (CareCredit)<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith, Sr. Manager<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Thrift Savings Plan<br>Attn: Bankruptcy Department<br>PO Box 385021<br>Birmingham, AL 35238-5021 | U.S. Bank National Association<br>Attn: General Counsel<br>P.O. Box 21948<br>Saint Paul, MN 55121 |
| U.S. Securities & Exchange Comm.<br>100 F St NE<br>Washington, DC 20549-2000 | City of Hartford Tax Collector<br>Attn: Nancy S. Raich, CCMC<br>550 Main St Rm 106 1st Fl ,<br>Hartford, CT 06103-2913 |
| Chase Freedom<br>Attn: Bankruptcy Department<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Connecticut Dept of Revenue Srvcs.<br>Bankruptcy Unit<br>Attn: Pamela D. Calachan<br>450 Columbus Blvd Ste 1<br>Hartford, CT 06103-1837 |
| M&T Bank<br>Attn: Christina Ruggiero<br>Collection Specialist<br>Bankruptcy Department<br>475 Crosspoint Parkway<br>Getzville, NY 14068-1609 | Wells Fargo Bank N.A.<br>d/b/a Wells Fargo Auto<br>Attn: Bankruptcy Department<br>PO Box 130000<br>Raleigh, NC 27605-1000 |

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>6th</u> day of <u>FEBRUARY</u>, <u>2023</u>.**

*/s/ Michael J. Habib*

**MICHAEL J. HABIB, ESQ.** (CT29412)