# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: admin | Date Created: 2/7/2023 |
| Case: 22–20878 | Form ID: pdfdoc2 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
9396416    M&T BANK    ATTN: CHRISTINA RUGGIERO, COLLECT. SPEC.    BANKRUPTCY DEPARTMENT    475 CROSSPOINT PARKWAY    GETZVILLE, NY 14068–1609
9400121    M&T BANK    PO Box 1508    Buffalo, NY 14240
9399888    Wells Fargo Bank N.A.    d/b/a Wells Fargo Auto    PO Box 130000    Raleigh, NC 27605–1000

TOTAL: 3