# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                              Case No.: 2:22-bk-20878 (JJT)

**SHARON MATHIS MCGILL**                  Chapter: 13

                                  Debtor.         ECF No. 40

_____/

## DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

**COMES NOW** the Debtor-Movant in the above-captioned action, **SHARON MATHIS McGILL**, by and through undersigned Counsel, and Hereby Respectfully **MOVES** this Honorable Court for an Order of **VOLUNTARY DISMISSAL** in the Chapter 13 bankruptcy case at bar, pursuant to 11 U.S.C. § 1307(b) and *Fed. R. Bankr. P.* 1017(a) & (f) and 9013.

In support hereof, the Debtor-Movant Respectfully Represents as follows:

### JURISDICTION AND VENUE

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 & 1334.  This is a "core proceeding" pursuant to 28 U.S.C. § 157(b)(2)(B).  Venue of Debtor's Chapter 13 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.

2. Debtor resides in Hartford, Connecticut, and Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

## BASIS FOR RELIEF

3. The statutory predicate for the relief sought by the Debtor is 11 U.S.C. § 1307(b), and *Fed. R. Bankr. P.* 1017(a) & (f) and 9013.

4. Section 1307(b) of the *Bankruptcy Code* provides that:

> **On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court *shall* dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable.**

(*emphasis* added.)

5. Consistent with the clear statutory language of 11 U.S.C. § 1307(b), that a "court shall dismiss" a Chapter 13 proceeding "[o]n request of the debtor at any time, if the case has not been converted," a voluntary Chapter 13 Debtor has an absolute right to a voluntary dismissal under § 1307(b) if the case has not been converted.  *See In re Barbieri*, 199 F.3d 616, 619 (2d Cir. 1999) (holding that § 1307(b) gives debtors "an absolute right to dismiss a Chapter 13 petition").[1]

---

[1] *See also*, *In re Darden*, 474 B.R. 1, 7 (Bankr. D. Mass. 2012) ("[Section] 1307(b) gives a debtor an absolute right of dismissal."); *In re Williams*, 435 B.R. 552, 560 (Bankr. N.D. Ill. 2010) ("[A] bad-faith exception would directly conflict with § 1307(b)'s requirement that courts 'shall' dismiss a Chapter 13 case upon the debtor's request..."); *In re Strunk*, No. 07-20758, 2007 WL 5171625, at *1 n.2 (Bankr. E.D. Pa. Nov. 6, 2007) (unpublished) ("Unlike a chapter 13 debtor, however, a chapter 7 debtor does not have an absolute right to voluntarily dismiss his chapter 7 case.").

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

6. Rule 1017(f) of the *Federal Rules of Bankruptcy Procedure* provides, in pertinent part, that:

> **Procedure for Dismissal, Conversion, or Suspension.**
>
> **(1) Rule 9014 governs a proceeding to dismiss… a case…, except under §§… 1307(a) or (b).**
>
> **(2) Conversion or dismissal under §§… 1307(b) shall be on motion filed and served as required by Rule 9013.**

## ARGUMENT

7. Debtor-Movant filed a voluntary petition for relief under Chapter 13 of the *Bankruptcy Code* in the above-captioned case, on **DECEMBER 13, 2022**;

8. This case has not been converted pursuant to 11 U.S.C. §§ 706, 1112, or 1208;

9. Roberta Napolitano was appointed Chapter 13 Trustee.

10. A *Section 341* Meeting was held on January 24, 2023, at which the Debtor and Debtor's Counsel appeared, and was continued to February 7, 2023 for documents.

11. The following motion for relief from the automatic stay was filed and resolved:

> **ECF No. 19, filed on December 22, 2022 by No. 2 Fraser Place Condominium Association, Inc., Interested Party, regarding real property known as 2 Fraser Place, Unit B, Hartford, CT 06105, which was GRANTED by this Honorable Court on January 24, 2023 (ECF No. 26).**



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS No. 440514

- 3 -

12. Debtor has not made any arrangements or agreements with a creditor or other interested party in connection with this request for dismissal.

13. Debtor seeks dismissal of this case because, as evidenced by the Debtor's Amended *Schedules A/B* & *D* (ECF No. 38), subsequent to the filing of the Debtor's *Petition* and *Schedules*, the Debtor's cognizable legal claim to an ownership interest in the real property known as 2 Fraser Place, Unit B, Hartford, CT 06105 became more viable to be asserted in the underlying state-court foreclosure action affecting said property.

14. With the inclusion of said real property in the assets of the Debtor's bankruptcy estate, the value of the Debtor's non-exempt assets and disposable income (during the mandatory 5-year term of the Debtor's Chapter 13 plan) well-exceed the Debtor's unsecured debts, and therefore the Debtor will obtain no benefit from the Chapter 13 plan nor a discharge of unsecured debts.

15. The pendency of this action and the statutory automatic stay prevents other interested parties and/or potential creditors from appearing in the underlying state-court foreclosure action affecting the real property known as 2 Fraser Place, Unit B, Hartford, CT 06105, and asserting any claimed rights and interests in said real property, thus preventing the full adjudication in the state court of the underlying foreclosure action, and the rights of the parties thereto.

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 4 -

16. Finally, the Debtor-Movant Respectfully **MOVES** for voluntary dismissal

**without a hearing**, pursuant to *Fed. R. Bankr. P.* 1017(a).

**WHEREFORE**, for all of the foregoing reasons, the Debtor-Movant **SHARON**

**MATHIS McGILL** Respectfully Requests that this Honorable Court **GRANT** the

**VOLUNTARY DISMISSAL** of the instant Chapter 13 action, pursuant to 11 U.S.C. §

1307(b), and *Fed. R. Bankr. P.* 1017(a) & (f) and 9013.

**DATED AT <u>NEW HAVEN, CONNECTICUT</u> THIS <u>7TH</u> DAY OF <u>FEBRUARY</u>, 20<u>23</u>.**

RESPECTFULLY SUBMITTED,
THE DEBTOR, SHARON MATHIS MCGILL,
BY HER ATTORNEY,

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514