ct113-2    01/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

Sharon Mathis McGill

Debtor *

Case Number: 22-20878

Chapter: 13

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Sharon Mathis McGill, (the "Debtor"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(b), (the "Motion," ECF No. 40). After notice and a hearing and it appearing that the case has not been converted under section 706, 1112 or 1208 of this title, it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED**; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: February 14, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.