United States Bankruptcy Court
District of Connecticut

In re:  
Sharon Mathis McGill  
    Debtor

Case No. 22-20878-jjt  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 14, 2023      Form ID: pdfdoc10      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sharon Mathis McGill, 3 Salisbury St., Hartford, CT 06112-1145 |
| intp | + | No. 2 Fraser Place Condominium Association, Inc., 102 Huntington Street, Hartford, CT 06105-1651 |
| 9392847 | + | Ford & Paulekas, LLP, Attn: Houston Putnam Lowry, Esq., 280 Trumbull St. Ste. 2200, Hartford, CT 06103-3508 |
| 9396416 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T BANK, ATTN: CHRISTINA RUGGIERO, COLLECT. SPEC., BANKRUPTCY DEPARTMENT, 475 CROSSPOINT PARKWAY, GETZVILLE, NY 14068-1609 |
| 9392852 | | SHALONDA MATHIS, 2 Fraser Pl Apt B, Hartford, CT 06105-1457 |
| 9392854 | # | Thrift Savings Plan, Atttn: President, Po Box 385021, Birmingham, AL 35238-5021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 14 2023 18:33:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 9400869 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2023 18:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 9392846 | | Email/Text: DRS.Bankruptcy@ct.gov | Feb 14 2023 18:24:00 | CT Department of Revenue Services, Bankruptcy Unit, Attn: Pamela D. Calachan, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9392845 | | Email/Text: raicn001@hartford.gov | Feb 14 2023 18:25:00 | City of Hartford, Tax Collector, Attn: Nancy S. Raich, CCMC, 550 Main St Rm 106 1st Fl ,, Hartford, CT 06103-2913 |
| 9392848 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2023 18:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9392844 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 14 2023 18:33:42 | Chase Freedom, Attn: Manager, Bankruptcy Dept., P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9397580 | + | Email/Text: RASEBN@raslg.com | Feb 14 2023 18:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 9400121 | + | Email/Text: camanagement@mtb.com | Feb 14 2023 18:25:00 | M&T BANK, PO Box 1508, Buffalo, NY 14240-1508 |
| 9392994 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 14 2023 18:33:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9392850 | | Email/PDF: rmscedi@recoverycorp.com | Feb 14 2023 18:33:50 | PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0205-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: pdfdoc10 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 9392851 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | | |
| | | Feb 14 2023 18:25:00 | | Select Portfolio Servicing, Inc., Attn: Manager, Bankruptcy Dept., PO Box 65250, Salt Lake Cty, UT 84165-0250 |
| 9392853 | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | Feb 14 2023 18:33:43 | | SynchronyBank (CareCredit), c/o PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |
| 9396876 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | | |
| | | Feb 14 2023 18:25:00 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 9392856 | Email/Text: secbankruptcy@sec.gov | | | |
| | | Feb 14 2023 18:25:00 | | U.S. Securities and Exchange Commission, 100 F St NE, Washington, DC 20549-2000 |
| 9402706 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | | |
| | | Feb 14 2023 18:25:00 | | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 9400944 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | | |
| | | Feb 14 2023 18:33:57 | | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO, Attn: Angeline Lahens, Bankr. Processor, PO BOX 130000, RALEIGH, NC 27605-1000 |
| 9399888 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | | |
| | | Feb 14 2023 18:33:42 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Houston Putnam Lowry | on behalf of Interested Party No. 2 Fraser Place Condominium Association  Inc. ptl@hplowry.com |
| Jessica L. Braus | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 jessica@glassbraus.com, dan@glassbraus.com |
| Michael J. Habib | |

District/off: 0205-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 14, 2023 | Form ID: pdfdoc10 | Total Noticed: 23

        on behalf of Debtor Sharon Mathis McGill mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email

Patrick Crook

        on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com

Roberta Napolitano

        notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com

U. S. Trustee

        USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

ct113-2                                                                                                                                                         01/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    Sharon Mathis McGill

Case Number: 22-20878

Chapter: 13

Debtor *

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Sharon Mathis McGill, (the "Debtor"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(b), (the "Motion," ECF No. 40). After notice and a hearing and it appearing that the case has not been converted under section 706, 1112 or 1208 of this title, it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED**; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: February 14, 2023

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.