United States Bankruptcy Court
District of Connecticut

In re:                                                                                                    Case No. 22-20878-jjt
Sharon Mathis McGill                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2             User: admin            Page 1 of 3
Date Rcvd: Feb 24, 2023            Form ID: pdfdoc1            Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sharon Mathis McGill, 3 Salisbury St., Hartford, CT 06112-1145 |
| intp | + | No. 2 Fraser Place Condominium Association, Inc., 102 Huntington Street, Hartford, CT 06105-1651 |
| 9392847 | + | Ford & Paulekas, LLP, Attn: Houston Putnam Lowry, Esq., 280 Trumbull St. Ste. 2200, Hartford, CT 06103-3508 |
| 9396416 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T BANK, ATTN: CHRISTINA RUGGIERO, COLLECT. SPEC., BANKRUPTCY DEPARTMENT, 475 CROSSPOINT PARKWAY, GETZVILLE, NY 14068-1609 |
| 9392852 | | SHALONDA MATHIS, 2 Fraser Pl Apt B, Hartford, CT 06105-1457 |
| 9392854 | # | Thrift Savings Plan, Atttn: President, Po Box 385021, Birmingham, AL 35238-5021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2023 18:45:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 9400869 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 24 2023 18:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 9392846 | | Email/Text: DRS.Bankruptcy@ct.gov | Feb 24 2023 18:39:00 | CT Department of Revenue Services, Bankruptcy Unit, Attn: Pamela D. Calachan, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9392845 | | Email/Text: raicn001@hartford.gov | Feb 24 2023 18:40:00 | City of Hartford, Tax Collector, Attn: Nancy S. Raich, CCMC, 550 Main St Rm 106 1st Fl ,, Hartford, CT 06103-2913 |
| 9392848 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2023 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9392844 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2023 18:45:53 | Chase Freedom, Attn: Manager, Bankruptcy Dept., P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9397580 | + | Email/Text: RASEBN@raslg.com | Feb 24 2023 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 9400121 | + | Email/Text: camanagement@mtb.com | Feb 24 2023 18:39:00 | M&T BANK, PO Box 1508, Buffalo, NY 14240-1508 |
| 9392994 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2023 18:45:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9392850 | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2023 18:45:54 | PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0205-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdfdoc1 | Total Noticed: 23 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 9392851 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Feb 24 2023 18:40:00 | | Select Portfolio Servicing, Inc., Attn: Manager, Bankruptcy Dept., PO Box 65250, Salt Lake Cty, UT 84165-0250 |
| 9392853 | Email/PDF: gecsedi@recoverycorp.com<br>Feb 24 2023 18:45:54 | | SynchronyBank (CareCredit), c/o PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |
| 9396876 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Feb 24 2023 18:40:00 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 9392856 | Email/Text: secbankruptcy@sec.gov<br>Feb 24 2023 18:40:00 | | U.S. Securities and Exchange Commission, 100 F St NE, Washington, DC 20549-2000 |
| 9402706 | Email/Text: RPSBankruptcyBNCNotification@usbank.com<br>Feb 24 2023 18:40:00 | | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 9400944 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Feb 24 2023 18:45:30 | | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO, Attn: Angeline Lahens, Bankr. Processor, PO BOX 130000, RALEIGH, NC 27605-1000 |
| 9399888 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Feb 24 2023 18:45:53 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Houston Putnam Lowry | on behalf of Interested Party No. 2 Fraser Place Condominium Association  Inc. ptl@hplowry.com |
| Jessica L. Braus | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 jessica@glassbraus.com, dan@glassbraus.com |
| Michael J. Habib | |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdfdoc1 | Total Noticed: 23 |

on behalf of Debtor Sharon Mathis McGill mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

Patrick Crook
    on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com

Roberta Napolitano
    on behalf of Trustee Roberta Napolitano notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano
    notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 7

## United States Bankruptcy Court
## District of Connecticut



In re:

Sharon Mathis McGill

Debtor*

Case Number:   22-20878
Chapter:             13

# NOTICE OF DEADLINE TO OBJECT
# TO THE CHAPTER 13 STANDING TRUSTEE'S FINAL ACCOUNT

**PLEASE TAKE NOTICE** that on February 24, 2023, Roberta Napolitano , the Chapter 13 Standing Trustee, filed a Chapter 13 Trustee's Final Account, ECF No. 48, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* attached Chapter 13 Standing Trustee's Final Account.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 13 Standing Trustee's Final Account must be filed with the Clerk's Office on or before March 29, 2023 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

**NOTICE IS FURTHER GIVEN** that the Chapter 13 Standing Trustee's Final Account is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut.  You may also view the filed Chapter 13 Trustee's Final Account on the Court's PACER system ([www.pacer.psc.uscourts.gov](www.pacer.psc.uscourts.gov)).

Dated: February 24, 2023

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

In re: SHARON MATHIS MCGILL                                   Case No.: 22-20878-JJT

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Roberta Napolitano, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/13/2022.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 02/14/2023.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 2.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 82,285.93.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |

Attorney fees paid and disclosed by debtor:     $313.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CT DEPARTMENT OF REVENUE | Priority | NA | NA | NA | .00 | .00 |
| Attorney Not Assigned | Admin | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA, N.A. | Unsecured | 14,288.79 | 13,758.78 | 13,758.78 | .00 | .00 |
| CITY OF HARTFORD | Priority | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK, N.A. | Unsecured | 5,034.92 | 5,562.89 | 5,562.89 | .00 | .00 |
| M&T BANK | Secured | NA | 26,611.06 | 26,611.06 | .00 | .00 |
| NO. 2 FRASER PLACE CONDO. ASSOC. | Unsecured | 9,967.85 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SERVICING, INC. | Unsecured | 42,388.73 | 41,798.44 | 475.30 | .00 | .00 |
| SYNCHRONY BANK CARE CRED | Unsecured | NA | NA | NA | .00 | .00 |
| THRIFT SAVINGS PLAN | Unsecured | 106,249.00 | NA | NA | .00 | .00 |
| U.S. BANK NATIONAL ASSOCIATION | Secured | 84,998.68 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re: SHARON MATHIS MCGILL                                   Case No.: 22-20878-JJT

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO AUTO | Secured | NA | 13,486.42 | 13,486.42 | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 40,097.48 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 40,097.48 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 19,796.97 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/24/2023                    By: /s/Roberta Napolitano
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.