United States Bankruptcy Court
District of Connecticut

In re:  
Sharon Mathis McGill  
    Debtor

Case No. 22-20878-jjt  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 30, 2023      Form ID: 196      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sharon Mathis McGill, 3 Salisbury St., Hartford, CT 06112-1145 |
| intp | + | No. 2 Fraser Place Condominium Association, Inc., 102 Huntington Street, Hartford, CT 06105-1651 |
| 9392847 | + | Ford & Paulekas, LLP, Attn: Houston Putnam Lowry, Esq., 280 Trumbull St. Ste. 2200, Hartford, CT 06103-3508 |
| 9396416 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T BANK, ATTN: CHRISTINA RUGGIERO, COLLECT. SPEC., BANKRUPTCY DEPARTMENT, 475 CROSSPOINT PARKWAY, GETZVILLE, NY 14068-1609 |
| 9392852 | | SHALONDA MATHIS, 2 Fraser Pl Apt B, Hartford, CT 06105-1457 |
| 9392854 | # | Thrift Savings Plan, Atttn: President, Po Box 385021, Birmingham, AL 35238-5021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 18:30:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 9400869 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 30 2023 18:34:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 9392846 | | Email/Text: DRS.Bankruptcy@ct.gov | Mar 30 2023 18:34:00 | CT Department of Revenue Services, Bankruptcy Unit, Attn: Pamela D. Calachan, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9392845 | | Email/Text: raicn001@hartford.gov | Mar 30 2023 18:35:00 | City of Hartford, Tax Collector, Attn: Nancy S. Raich, CCMC, 550 Main St Rm 106 1st Fl ,, Hartford, CT 06103-2913 |
| 9392848 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2023 18:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9392844 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2023 18:30:35 | Chase Freedom, Attn: Manager, Bankruptcy Dept., P.O. Box 15298, Wilmington, DE 19850-5298 |
| 9397580 | + | Email/Text: RASEBN@raslg.com | Mar 30 2023 18:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 9400121 | + | Email/Text: camanagement@mtb.com | Mar 30 2023 18:34:00 | M&T BANK, PO Box 1508, Buffalo, NY 14240-1508 |
| 9392994 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 30 2023 18:41:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9392850 | | Email/PDF: rmscedi@recoverycorp.com | Mar 30 2023 18:30:29 | PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0205-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2023 | Form ID: 196 | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| 9392851 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2023 18:35:00 | Select Portfolio Servicing, Inc., Attn: Manager, Bankruptcy Dept., PO Box 65250, Salt Lake Cty, UT 84165-0250 |
| 9392853 | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2023 18:30:37 | SynchronyBank (CareCredit), c/o PRA Receivables Management, LLC, Attn: Valerie Smith, Sr. Manager, PO Box 41021, Norfolk, VA 23541-1021 |
| 9396876 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 30 2023 18:35:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 9392856 | Email/Text: secbankruptcy@sec.gov | Mar 30 2023 18:34:00 | U.S. Securities and Exchange Commission, 100 F St NE, Washington, DC 20549-2000 |
| 9402706 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 30 2023 18:34:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 9400944 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2023 18:30:37 | WELLS FARGO BANK N.A., D/B/A WELLS FARGO AUTO, Attn: Angeline Lahens, Bankr. Processor, PO BOX 130000, RALEIGH, NC 27605-1000 |
| 9399888 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 30 2023 18:30:37 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Houston Putnam Lowry | on behalf of Interested Party No. 2 Fraser Place Condominium Association Inc. ptl@hplowry.com |
| Jessica L. Braus | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 jessica@glassbraus.com, dan@glassbraus.com |
| Michael J. Habib | |

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 30, 2023 | Form ID: 196 | Total Noticed: 23 |

        on behalf of Debtor Sharon Mathis McGill mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email

Patrick Crook
        on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com

Roberta Napolitano
        on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano
        notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com

U. S. Trustee
        USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 7

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 30, 2023

In re:

    Sharon Mathis McGill  
    Debtor*

Case Number: 22−20878  
Chapter: 13

## ORDER DISCHARGING CHAPTER 13 TRUSTEE, CANCELLING CHAPTER 13 TRUSTEE'S BOND, AND CLOSING DISMISSED CASE

The Chapter 13 Trustee has filed the Final Report and Account pursuant to 11 U.S.C. § 1302(b)(1).

Therefore, it is hereby

**ORDERED:** Pursuant to 11 U.S.C. § 350(a), Roberta Napolitano is discharged as the Chapter 13 Trustee of the estate of Sharon Mathis McGill; and it is further

**ORDERED:** The Chapter 13 Trustee's bond as it applies to this case is cancelled; and it is further

**ORDERED:** The Chapter 13 case of Sharon Mathis McGill is hereby closed.

Dated: March 30, 2023

BY THE COURT

*James J. Tancredi*  
United States Bankruptcy Judge  
District of Connecticut

United States Bankruptcy Court  
District of Connecticut  
450 Main Street, 7th Floor  
Hartford, CT 06103

Tel. (860) 240−3675  
VCIS* (866) 222−8029  
* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 196 − kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.